IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL CRAIG LEE,  )
　　　　　　　　　　 )
　　　　Plaintiff,    )
　　　　　　　　　　 )
v.                   )   CIVIL ACTION NO.: CV513-005
　　　　　　　　　　 )
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
　　　　　　　　　　 )
　　　　Defendant.   )

## ORDER

After a careful review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

This case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED**, this 6 day of March, 2014.

　　　　　　　　　　　　　　　　　　　　　
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)